United States District Court
Southern District of Texas
**ENTERED**
January 08, 2021
Nathan Ochsner, Clerk

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
GALVESTON DIVISION

| | |
|---|---|
| IN RE ORION MARINE CONSTRUCTION, INC., AS OWNER AND/OR PRO HAC VICE OF THE DREDGE "WAYMON L BOYD AND SEVERAL VESSELS WORKING IN A FLOTILLA WITH THE WAYMON L BOYD" § § § § § § § § | CIVIL ACTION NO. 3:20-CV-00309 |

## **ORDER ADOPTING MAGISTRATE JUDGE'S MEMORANDUM AND RECOMMENDATION**

On October 20, 2020, all non-dispositive pretrial matters in this case were referred to United States Magistrate Judge Andrew M. Edison pursuant to 28 U.S.C. § 636(b)(1)(A). Dkt. 10. On December 21, 2020, Judge Edison filed an amended memorandum and recommendation (Dkt. 70) recommending that motions to transfer venue filed by Maria Isabel Rivera and Karla Cavazos (Dkts. 8, 9) be granted and that this case be transferred to the Southern District of Texas—Corpus Christi Division.

On January 4, 2021, the plaintiff filed its objections to the amended memorandum and recommendation. *See* Dkt. 78. In accordance with 28 U.S.C. § 636(b)(1)(C), this court is required to "make a de novo determination of those portions of the [magistrate judge's] report or specified proposed findings or recommendations to which objection [has been] made." After conducting this de novo review, the court may "accept, reject, or modify, in whole or in part, the

findings or recommendations made by the magistrate judge." *Id.*; *see also* Fed. R. Civ. P. 72(b)(3).

The court has carefully considered the objections, the amended memorandum and recommendation, the briefing, and the record. The court accepts Judge Edison's memorandum and recommendation and adopts it as the opinion of the court. It is therefore ordered that:

(1) Judge Edison's amended memorandum and recommendation (Dkt. 70) is approved and adopted in its entirety as the holding of the court;

(2) the motions to transfer venue filed by Maria Isabel Rivera and Karla Cavazos (Dkts. 8, 9) are granted; and

(3) this case shall be transferred to the Southern District of Texas—Corpus Christi Division.

Signed on Galveston Island this 8th day of January, 2021.

_____
JEFFREY VINCENT BROWN
UNITED STATES DISTRICT JUDGE